UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TOM BECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV571 HEA |
| | ) | |
| J.W. BOMMARITO CONSTRUCTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion for More Definite Statement with respect to Count I, [Doc. No. 2]. From the documents transferred to this Court from the Southern District of Illinois, it does not appear that Plaintiff has responded to Defendant's Motion. In any event, Defendant is entitled to be apprised of which state's law, Illinois or Missouri, relates to Plaintiff's legal theory in Count I.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for More Definite Statement, [Doc. 2], is granted.

**IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Count I

within **ten (10)** days from the date of this Order.

Dated this 2nd day of July, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE